IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Levern Wilds, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 4:05-839 |
| vs. ) | |
| ) | |
| Nucor Steel, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

On March 18, 2005, the plaintiff filed the instant action alleging causes of action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq*. Specifically, the plaintiff alleges the defendant discriminated against him and terminated his employment on the basis of his race. The plaintiff also alleges the defendant subjected him to a racially hostile work environment and retaliated against him on the basis of his race. The defendant denies these allegations and filed a motion to dismiss the cause of action for retaliation and racially hostile work environment. (Doc. #8).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #34). In the Report, Magistrate Judge Rogers recommends that "defendant's motion (Document #8) be granted and plaintiff's claims for retaliation and hostile work environment be dismissed." The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation and relevant case law cited by the parties.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #34) and the plaintiff's claims for retaliation and hostile work environment are dismissed.

**IT IS SO ORDERED**.

<u>S/ Terry L. Wooten</u>

Terry L. Wooten
United States District Judge

March 13, 2006
Florence, South Carolina